HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROMALDO OROZCO-IBARRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:13-cr-0176 AWI / BAM |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; |
| v. ) | ORDER |
| ) | |
| ROMALDO OROZCO-IBARRA, ) | |
| ) | |
| Defendant. ) | Date: July 1, 2013 |
| ) | Time: 10:00 A.M. |
| _____ ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Mia A. Giacomazzi, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Romaldo Orozco-Ibarra, that the status conference set for June 17, 2013 at 10:00 p.m. before Judge Ishii, **may be rescheduled to July 1, 2013 at 10:00 a.m.**

The requested continuance is necessary to allow for further investigation and plea discussions. The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
3  3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the
4  best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: June 13, 2013        /s/ *Mia A. Giocamozzi*
MIA A. GIOCAMAZZI
IAN WHITNEY
Assistant United States Attorneys
Attorney for Plaintiff


HEATHER E. WILIAMS
Federal Defender


Dated: June 13, 2013         /s/ *Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
ROMALDO OROZCO-IBARRA

IT IS SO ORDERED.

Dated:   June 13, 2013
                                    _____
                                    SENIOR  DISTRICT  JUDGE